UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNE TUMBAGA, | No. C-10-04782 (DMR) |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |
| v. | |
| CONTRA COSTA COMMUNITY COLLEGE DISTRICT, et al., | |
| Defendants. | |

On October 26, 2010, Defendant Contra Costa Community College District ("District") filed an Amended Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12. *See* Docket No. 4. Defendant District noticed a hearing on the Motion to Dismiss for December 9, 2010 at 11:00 a.m.

Pursuant to 28 U.S.C. § 636(c), a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. All parties in the above-captioned case have not filed a signed consent to proceed before a Magistrate Judge. Accordingly, the hearing on Defendant District's Motion to Dismiss set for December 9, 2010 at 11:00 a.m. is hereby VACATED. Upon the filing of signed consents by all parties to the action, the Court will issue an order resetting the hearing. If a declination is filed, the case will be immediately reassigned to an Article III District Judge.

IT IS SO ORDERED.

Dated:  October 28, 2010

_____
DONNA M. RYU
United States Magistrate Judge