Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for CONTRA COSTA COMMUNITY COLLEGE DISTRICT

Douglas A. Prutton, State Bar No. 11830
LAW OFFICES OF DOUGLAS A. PRUTTON
1866 Clayton Road, Suite 211
Concord, CA 94520
(925) 677-5080
(925) 677-5089 (fax)

Attorney for Plaintiff BREANNE TUMBAGA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNE TUMBAGA,<br><br>　　　　Plaintiff,<br>vs.<br><br>CONTRA COSTA COMMUNITY COLLEGE DISTRICT, JAMES MICK TAYLOR, and DOES 1 through 50,<br><br>　　　　Defendants. | Case No.:  CV 10 4782 RS<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Honorable Richard Seeborg |

///

///

///

1

Case3:10-cv-04782-RS Document32 Filed11/17/11 Page2 of 2

Plaintiff BREANNE TUMBAGA, by and through her attorney of record, and defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT, by and through its attorneys of record, hereby stipulate to a dismissal of this action with prejudice, pursuant to F.R.C.P. Rule 41(a)(1).

Respectfully submitted,

LAW OFFICES OF DOUGLAS A. PRUTTON

Dated: November 16, 2011     By: _____
DOUGLAS A. PRUTTON
Attorney for Plaintiff BREANNE TUMBAGA

Dated: November 15, 2011     BERTRAND, FOX & ELLIOT

By: _____
Eugene B. Elliot
Christine Lee
Attorneys for Defendant
CONTRA COSTA COMMUNITY COLLEGE DISTRICT

### ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing, hereby orders this action dismissed with prejudice.

IT IS SO ORDERED.

Date: 11/17/11     _____
Honorable Richard Seeborg
United Stated District Court Judge

2

STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE; [PROPOSED] ORDER